# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dane Patric Gee,<br><br>    Plaintiff<br><br>v.<br><br>Joe Lombardo, et al.,<br><br>    Defendants | Case No.: 2:17-cv-02710-JAD-BNW<br><br>**Order Dismissing Claims Against Unnamed Defendants and Closing Case**<br><br>[ECF No. 50] |

I recently granted summary judgment against pro se plaintiff Dane Patric Gee on his claim against Sheriff Joe Lombardo—the only named defendant in this case—because Gee failed to exhaust his administrative remedies under the Prison Litigation Reform Act.[1] In that order, I explained that, while initially Gee was allowed to proceed on his claim against the unnamed defendants after he learned their identities and substituted them into this case, the time to do so had come to pass.[2] Because he had not yet done so and discovery closed last year, I ordered Gee to show cause by October 30, 2020, why his claims against the unnamed defendants should not be dismissed.[3] That deadline has passed and Gee has not complied with the order, so I dismiss his claims against the unnamed defendants and close this case.

IT IS THEREFORE ORDERED that Gee's claims against the unnamed defendants are **dismissed**, and the **Clerk of Court is directed to ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　November 2, 2020

---

[1] ECF No. 50 (order granting summary judgment).
[2] *Id.* at 10.
[3] *Id.*